# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A.   VS.   Evghenia Scripnic            Docket No.:   2:25-CR-00667-MCS-1

**Petition for Action on Conditions of Pretrial Release (OSC Request)**

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Evghenia Scripnic, who was placed under pretrial release supervision by the Honorable MARGO A. ROCCONI, sitting in the Court at Los Angeles, California, on the 14th day of August, 2025, under the General Conditions of Release and additional conditions as listed on the attached District Court's Release Order and Bond Form (CR-1).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. Having been ordered by the Court to possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications, and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts that you disclosed to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain, store, or transmit digital data. All digital devices will be subject to monitoring by Supervising Agency. Defendant may use and possess only one digital device that must be pre-approved by Supervising Agency prior to the first use. On multiple unknown dates, Ms. Scripnic accessed an undisclosed and unmonitored computer at local public libraries.

2. Having been ordered by the Court to use and possess only one email address for business, personal, and leisure purposes and disclose this email address to PSA, On March 19, 20, 27, and 31, 2026 and April 2, 3, and 7, 2026, Ms. Scripnic accessed and used an undisclosed email address to email third party organizations.

**PRAYING THAT THE COURT WILL ORDER** Evghenia Scripnic cited into Court on April 29, 2026, at 11:00., to show cause why the defendant's bond should not be revoked.

ORDER OF COURT

Considered and ordered this __16th__ day of __April__, 20_26_ and ordered filed and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on April 15, 2026

_Mark C. Scarsi_
_____
United States District Judge
HONORABLE MARK C. SCARSI

_Joslyn Harris_
_____
JOSLYN HARRIS
U.S. Probation & Pretrial Services Officer
Place:_ Los Angeles, California